UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL MORGAN, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No.   1:12CV00136 LMB |
| ) | |
| ORTHOPAEDIC ASSOCIATES OF ) | |
| SOUTHEAST MISSOURI, P.C., et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

On August 2, 2012, the above styled cause was filed and assigned to the Honorable Judge Lewis M. Blanton.  However, Plaintiff's Original filing Form indicates this same cause, or a substantially equivalent complaint, was previously filed in this court as case number 1:11CV00037CEJ and assigned to the Honorable Judge Carol E. Jackson.   The case must therefore be reassigned.

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable Judge Carol E. Jackson.

JAMES G. WOODWARD, CLERK
By: /s/ Lori Miller-Taylor, Chief Deputy Clerk

Dated this 6th day of August, 2012.

**Note: Please refer to the following cause number in all future filings 1:12CV00136CEJ**