UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL MORGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:12-CV-136 (CEJ) |
| ) | |
| ORTHOPAEDIC ASSOCIATES OF ) | |
| SOUTHEAST MISSOURI, P.C., et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants Bernard C. Burns and Orthopaedic Associates of Southeast Missouri, P.C., and against plaintiff Michael Morgan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claim of plaintiff Laurie Morgan is **dismissed**.

Costs shall be borne by plaintiff Michael Morgan.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2014.